UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED CREDIT RECOVERY, LLC,  CASE NO: 6:11-cv-1714-ORS-18-KR

    Plaintiff,

v.

JASON BEXTEN, IMPERIAL RECOVERY
PARTNERS, LLC., I RECOVERY, LLC,
REGENT ASSET MANAGEMENT SOLUTIONS,
MICHAEL SCATA, ERIC HAM,
MIRANDA HAM, SHANE SCHNEIDER,
MICHAEL REEDS, JOSH MILLER and
BART OWENS,

    Defendants.
_____/

### AFFIDAVIT OF MIRANDA HAM IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION

STATE OF NEVADA
COUNTY OF _Clark_

    BEFORE ME, the undersigned authority, personally appeared MIRANDA HAM who, being duly sworn, deposes and states as follows:

1.     I am above the age of 18, of sound mind and have personal knowledge as to the matters set forth in this Affidavit.

2.     I am a resident of the State of Nevada and have been since _1992_.

3.     I do not own or possess real property in the State of Florida, nor do I have any Florida property tax liability.

4.     I do not have any Florida bank accounts.

*UCR v. Bexton, et al*
*Affidavit of Miranda Ham*

5. I do not have any Florida registered vehicles or a Florida Driver's License.

6. I do not hold any professional licenses in Florida.

7. I do not vote in Florida.

8. I do not operate, conduct, engage in, or carry on personal business in the State of Florida.

9. I have not personally engaged in substantial and not isolated activity within Florida.

10. I am an office manager with I Recovery, LLC (the "Company") and have been in the position since  2/09/11  . In that position, my job is to oversee day to day operations.

11. All actions I have taken on behalf of the Company were administrative or ministerial in nature and were taken at the direction of my supervisor.

12. I have reviewed the Complaint filed by United Credit Recovery, LLC ("UCR") in the above-referenced case. I did not knowingly participate in any of the alleged misconduct referenced in the Complaint.

13. I have never failed to make any payments personally owed to UCR (because I have never personally owed UCR any payments), nor have I ever converted UCR's property, misappropriated UCR's business records, or disabled UCR's computer system, all as alleged at Paragraph 14 of the Complaint.

14. I did not personally enter into any contract with UCR. I was not aware of (at the time the Complaint was filed), did not participate in, and did not facilitate the comingling of funds alleged at Paragraphs 31 through 35 of the Complaint. I was not aware of and did not participate in a decision not to return $2 million to UCR, as alleged at paragraph 36 of the

*UCR v. Bexton, et al*
*Affidavit of Miranda Ham*

Complaint.

15. I was not aware of (at the time the Complaint was filed), did not participate in, and did not facilitate, "circumventing UCR's decision to offset Imperial Recovery's commissions...", as alleged at Paragraph 43 of the Complaint. I was not aware of (at the time the Complaint was filed), did not participate in, and did not facilitate the moving, downloading, and utilizing accounts, as alleged at Paragraph 44 of the Complaint.

16. I was not aware of (at the time the Complaint was filed), did not participate in, and did not facilitate, the "letters and/or e-mails" alleged at Paragraph 45 of the Complaint.

17. I was not aware of (at the time the Complaint was filed), did not participate in, and did not facilitate, the access to "UCR's computer system", changing of passwords, or erasing computer files as alleged at Paragraph 46 of the Complaint.

18. I was not aware of (at the time the Complaint was filed), did not participate in, and did not facilitate, "(1) blocking or otherwise interfering with UCR's access to its customer accounts; (2) contacting UCR's customers and soliciting payment or settlement of their debts owned by UCR; (3) receiving or processing any payments from UCR's customers relating to debts owned by UCR; and (4) interfering with UCR's contractual relations with its customers", all as alleged at Paragraph 48 of the Complaint.

19. I have never personally accepted, retained, and/or enjoyed the benefits of the customer accounts UCR owns, as alleged at Paragraph 64 of the Complaint.

20. I have never personally held or exerted dominion over funds owned by UCR, nor have I taken any actions personally or on behalf of the Company with the willful intent to injure UCR, as alleged in Paragraphs 72 and 75 of the Complaint.

21. I was not aware of (at the time the Complaint was filed), did not participate in,

*UCR v. Bexton, et al*
*Affidavit of Miranda Ham*

and did not facilitate, intentional acts that were intended or designed to disrupt UCR's contractual relationships, nor have I ever personally benefited from such acts, as alleged at Paragraphs 79 and 81 of the Complaint.

22. I was not aware of (at the time the Complaint was filed), did not participate in, and did not facilitate, intentionally interfering with UCR's prospective contractual relations with financial institutions by, depleting UCR's assets or otherwise, as alleged at Paragraph 89 of the Complaint. Further, I was not aware of (at the time the Complaint was filed) UCR's prospective contractual relations with financial institutions, as alleged at Paragraph 90 of the Complaint. I never personally benefited from the actions or knowledge alleged at Paragraphs 89 and 90 of the Complaint.

23. I was not aware of (at the time the Complaint was filed), did not participate in, and did not facilitate, a conspiracy between each Defendant to cause injury to UCR by misappropriation of UCR's business records, transferring UCR's Kansas and Florida accounts to Nevada, and disabling UCR's computer system, as alleged at Paragraph 97 of the Complaint.

24. I have never taken actions, personally or as an employee of the Company, directed at and calculated to cause injury to Florida residents.

25. I have never had the authority within the Company to control or implement the alleged misconduct referenced in the Complaint, nor did I actually control or implement the alleged misconduct referenced in the Complaint.

26. I was not a primary participant in any of the alleged misconduct referenced in the Complaint.

27. At no time did I anticipate that my employment with the Company would subject me to the jurisdiction of the courts in Florida.

*UCR v. Bexton, et al*
*Affidavit of Miranda Ham*

FURTHER AFFIANT SAYETH NAUGHT

_____
Miranda Ham

SWORN TO AND SUBSCRIBED before me on December 2, 2011, 2011 by Miranda Ham who is personally known to me or produced Nevada Drivers License as identification:

(NOTARY SEAL)

_____
Notary Public Signature

State of Nevada
County of Clark

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
CECILIA CORBIN
No:11-4922-1
My Appointment Expires July 13, 2015