# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED CREDIT RECOVERY, LLC,**

      **Plaintiff,**

**v.**                                                       **Case No: 6:11-cv-1714-Orl-31KRS**

**JASON BEXTEN, IMPERIAL RECOVERY PARTNERS, LLC, I RECOVERY LLC, REGENT ASSET MANAGEMENT SOLUTIONS, MICHAEL SCATA, ERIC HAM, MICHAEL REEDS, JOSH MILLER, BART OWENS,**

      **Defendants.**

## ORDER

This matter comes before the Court on Motion of Plaintiff and Third-Party Defendant for Sanctions Against Defendants and Third-Party Plaintiffs ("Motion for Sanctions") (Doc. 224) and Plaintiff and Third-Party Defendant's Motion to Excuse the Parties from Meeting in Person to Prepare Final Joint Pretrial Statement and for Enlargement of Time for Submission of Pretrial Statement Pending Outcome of Motion for Sanctions Against Remaining Defendants ("Motion on Pretrial Statement") (Doc. 232).

In the Motion for Sanctions, Plaintiff United Credit Recovery, LLC ("UCR") and Third-Party Defendant World Recovery Services, LLC ("WRS") sought various relief on the basis of a failure to attend mediation by corporate defendants Imperial Recovery Partners, LLC, I Recovery LLC, and Regent Asset Management Solutions (collectively "Corporate Defendants") and defendants Jason Bexten and Michael Scata ("Individual Defendants"). The Court granted part of the requested relief by entry of default against the Corporate Defendants. (Doc. 226). The Court

finds that mediation with the Individual Defendants will not be fruitful in this case, therefore the requirement that the remaining parties engage in mediation is hereby waived. As such the remaining issues in the Motion for Sanctions are denied as moot.

In the Motion on Pretrial Statement, UCR and WRS request that the parties be excused from meeting in person to prepare the joint pretrial statement due to at least one Individual Defendant's asserted inability to travel to Orlando, Florida. UCR and WRS also request an extension of time to submit the joint pretrial statement due to the outstanding issues raised by the Motion for Sanctions. To ensure the timely adjudication of this matter, the Court grants the Motion on Pretrial Statement. The Parties are permitted to confer telephonically for the preparation of the joint pretrial statement, which shall be submitted to the Court no later than October 16, 2013.

Therefore it is

**ORDERED** that the remaining relief requested in the Motion for Sanctions (Doc. 224) is **DENIED as moot** and the Motion on Pretrial Statement (Doc. 232) is **GRANTED**. The parties shall confer telephonically and submit a joint pretrial statement to the Court no later than October 16, 2013.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 1, 2013.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party