# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED CREDIT RECOVERY, LLC,**

      **Plaintiff,**

**v.**                                                                         Case No:   6:11-cv-1714-Orl-31KRS

**JASON BEXTEN, IMPERIAL RECOVERY PARTNERS, LLC, I RECOVERY LLC, REGENT ASSET MANAGEMENT SOLUTIONS and MICHAEL SCATA,**

      **Defendants.**

## ORDER

Although no Suggestion of Bankruptcy has been filed, the Court has been informed and has verified that Defendant Michael Scata filed a bankruptcy petition last week in the state of Nevada. Pursuant to Section 362 of the Bankruptcy Code, all of the proceedings in this case against Defendant Scata are hereby **STAYED.** Beginning March 1, 2014, and continuing every 90 days thereafter, the Plaintiff shall file a status report regarding the Scata bankruptcy proceedings.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 10, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party