# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED CREDIT RECOVERY, LLC,**

    **Plaintiff,**

**v.**                                            **Case No:  6:11-cv-1714-Orl-31KRS**

**JASON BEXTEN, IMPERIAL RECOVERY PARTNERS, LLC, I RECOVERY LLC, REGENT ASSET MANAGEMENT SOLUTIONS and MICHAEL SCATA,**

    **Defendants.**

## ORDER

This matter comes before the Court on the ore tenus motion for default (Doc. 260) against Defendant Jason Bexten ("Bexten").  At the final pretrial conference, held on November 8, 2013, Bexten assured the Court that he would participate in the trial, which was scheduled to begin today.  As recently as this weekend, Bexten was in contact with counsel for the Plaintiff, asserting that he – unlike his co-defendant, Michael Scata – had no plans to file a bankruptcy petition. Nonetheless, Bexten did not appear for today's trial, and the Court has received no communication from him.

Accordingly, it is hereby

**ORDERED** that the ore tenus motion for default (Doc. 260) against Defendant Michael

Bexten is **GRANTED.  A DEFAULT** is hereby entered against Bexten as to all of the claims asserted by him and, as to liability, in regard to all of the remaining claims asserted against him.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 10, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party